UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

CRIMINAL NO. 23-CR-20100

HON. MATTHEW F. LEITMAN

v.

D-1 CALVIN ZASTROW,

Defendant.

---

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

---

I, CALVIN ZASTROW, Defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**As to Count One**

**Conspiracy Against Rights**
**18 U.S.C. § 241**

Up to ten years imprisonment and a $250,000 fine

1

**As to Count Two**

**Clinic Access Obstruction**
**18 U.S.C. § 248(a)(1), 2**

Up to one year imprisonment and a $100,000 fine

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

_____
CALVIN ZASTROW
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for Defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Counsel for Defendant

Dated: March 7, 2023