UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 23-cv-20100
Hon. Matthew F. Leitman

v.

D1, CALVIN ZASTROW,
D2, CHESTER GALLAGHER,
D3, HEATHER IDONI,
D5, JOEL CURRY,
D6, JUSTIN PHILLIPS,
D7, EVA EDL, AND
D8, EVA ZASTROW,

Defendants.
______________________________________________________________________/

**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS PURSUANT TO PRESIDENTIAL PARDON (ECF No. 387)**

On January 23, 2025, President Donald J. Trump issued full and unconditional pardons to the Defendants in this case. On February 7, 2025, the Government moved, based upon the issuance of the pardons, to dismiss the charges against Defendants C. Zastrow, Gallagher, Idoni, Curry, Phillips, Edl, and E. Zastrow with prejudice, and to terminate all conditions of probation for Defendant Davis. (ECF No. 387). Defendant Gallagher, joined by Defendants C. Zastrow and Phillips, responded in opposition, (ECF Nos. 388, 389, 391), and the Government filed a reply and supplemental authority. (ECF Nos. 390, 392). On March 19, 2025, the Court

conducted an on-the-record status conference to announce its decision on the Government's motion.

For the reasons set forth in the Government's motion, reply, and supplemental authority, and for the reasons stated on the record during the status conference, the Government's Motion in **GRANTED**. The charges against Defendants C. Zastrow, Gallagher, Idoni, Curry, Phillips, Edl, and E. Zastrow are **DISMISSED WITH PREJUDICE**. All conditions of probation for Defendant Davis are **TERMINATED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 19, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 19, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126